L. C. SMITH & BROS. TYPEWRITER COMPANY v. CREDIT LYONNAIS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CHARLES S. SARGENT and Others v. HOME INSURANCE COMPANY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument, or for resettlement, denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

MONICA REALTY CORPORATION v. ONE TWENTY-TWO FIFTH AVENUE CORPORATION and Others. MANUFACTURERS TRUST COMPANY, as Trustee, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

M. LOUISE ATTERBURY v. WILLIAM BUTLER McGLINN and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE BANK OF UNITED STATES v. EMANUEL VOSKA and CARL BYOIR, Copartners, etc., and CARL BYOIR, Individually.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BENJAMIN GRAHAM and Others v. MARTIN L. STRAUS and Others, Impleaded with THE HARTMAN CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CATHERINE M. SHUBERT v. JACOB J. SHUBERT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES I. GILBERT v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

EDGAR S. RUWE COMPANY, INC. v. LAYNE & BOWLER, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PAULINE EPSTEIN v. MURRAY FELENSTEIN. MURRAY FELENSTEIN v. BERNARD EPSTEIN. CELIA MILLER v. BERNARD EPSTEIN.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.